# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor by and through her Guardian Ad Litem, SHEENA MIXON,<br><br>Plaintiff<br><br>v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, and JOHN DOES 1-10, inclusive<br><br>Defendants. | Case No: **1:16−CV−00725−LJO−SKO**<br><br>**ORDER GRANTING APPLICATION OF SHEENA MIXON FOR APPOINTMENT AS GUARDIAN AD LITEM FOR A.M., A MINOR**<br><br>(Doc. 5) |

## ORDER APPOINTING GUARDIAN AD LITEM

Plaintiff A.M., a minor, filed a complaint on May 24, 2016, through her proposed guardian ad litem, Sheena Mixon. (Doc. 1.) Ms. Mixon also submitted a petition to be appointed as Plaintiff's guardian ad litem. (Doc. 5.)

Good cause appears to appoint Sheena Mixon as Plaintiff's guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c)(2). Accordingly, IT IS HEREBY ORDERED that Sheena Mixon be APPOINTED as Guardian Ad Litem for A.M. in the above action.

IT IS SO ORDERED.

Dated:   **May 31, 2016**                              /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE