# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor by and through her Guardian Ad Litem, SHEENA MIXON,<br><br>Plaintiff<br><br>v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, and JOHN DOES 1-10, inclusive<br><br>Defendants. | Case No: **1:16−CV−00725−LJO−SKO**<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT FRESNO UNIFIED SCHOOL DISTRICT'S MOTION TO DISMISS AND TO CONTINUE THE DATE OF THE JOINT SCHEDULING CONFERENCE** |

The Court, having reviewed the stipulation by the parties, and good cause appearing, it is hereby ORDERED that:

The hearing on FUSD'S Motion to Dismiss Plaintiff's Complaint be continued to September 20, 2016; and

The Initial Scheduling Conference be continued to October 20, 2016 at 10:15 am in Courtroom 7 (SKO).

IT IS SO ORDERED.

Dated:   **August 3, 2016**          /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE