McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant FRESNO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| A.M. a minor by and through her Guardian Ad Litem, SHEENA MIXON,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, and JOHN DOES 1-10, inclusive,<br><br>Defendant. | Case No. 1:16-CV-00725-LJO-SKO<br><br>**ORDER JOINT STIPULATION RE WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS AND RESPONSIVE PLEADING BY DEFENDANT** |

The Court, having reviewed the Stipulation by the parties, and good cause appearing, it is hereby ORDERED that:

As FUSD's Motion to Dismiss has been withdrawn, it is hereby taken off calendar. FUSD shall have up to including September 20, 2016 in which to file its answer to the complaint.

IT IS SO ORDERED.

Dated:   **August 24, 2016**                    /s/ Lawrence J. O'Neill
                                                                     UNITED STATES CHIEF DISTRICT JUDGE