# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor by and through her Guardian Ad Litem, SHEENA MIXON,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. 1:16-cv-00725-LJO-SKO<br><br>**ORDER GRANTING THE PARTIES' REQUEST TO CONTINUE SCHEDULING DATES**<br><br>**(Doc. 25)** |

On April 5, 2017, the parties filed a joint Stipulation to Continue Trial and Extend Discovery (the "Request"), in which the parties request to continue certain scheduling dates and deadlines in this matter. (Doc. 25.) For good cause shown, the Court GRANTS the Request, (Doc. 25), to the extent provided herein.

Accordingly, the Court ORDERS the following:

(1) the deadline for non-expert discovery is EXTENDED to **August 3, 2017**;

(2) the deadline for expert disclosures is EXTENDED to **August 7, 2017**;

(3) the deadline for rebuttal expert disclosures is EXTENDED to **August 21, 2017**;

(4) the deadline for expert discovery is EXTENDED to **September 7, 2017**;

(5) the deadline for the parties to file non-dispositive motions is EXTENDED to **September 11, 2017**;

| | | |
|---|---|---|
| (6) | the hearing regarding non-dispositive motions is CONTINUED to on or before **October 11, 2017**; |
| (7) | the deadline for the parties to file dispositive motions is EXTENDED to **September 13, 2017**; |
| (8) | the hearing regarding dispositive motions is CONTINUED to on or before **October 25, 2017**; |
| (9) | the settlement conference is CONTINUED to **September 26, 2017**, at 10:00 a.m. in Courtroom 7 before U.S. Magistrate Judge Sheila K. Oberto; |
| (10) | the pretrial conference is CONTINUED to **December 20, 2017**, at 8:15 a.m. in Courtroom 4 before the Honorable Lawrence J. O'Neill, Chief United States District Judge; and |
| (11) | the trial date is CONTINUED to **February 13, 2018**, at 8:30 a.m. in Courtroom 4 before the Honorable Lawrence J. O'Neill, Chief United States District Judge. |

IT IS SO ORDERED.

Dated: **April 11, 2017**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE