**KOSNETT LAW FIRM**
Louis V. Kosnett (SBN 299421)
11355 W. Olympic Boulevard, Suite 300
Los Angeles, CA 90064
Telephone (310) 445-5900
Facsimile (424) 238-2257

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor by and through her Guardian Ad Litem, SHEENA MIXON, <br><br> Plaintiff <br><br> v. <br><br> FRESNO UNIFIED SCHOOL DISTRICT, and JOHN DOES 1-10, inclusive <br><br> Defendants. | Case No: **1:16−CV−00725−LJO−SKO** <br><br> **ORDER RE JOINT STIPULATION TO EXTEND DEADLINE ON EXPERT DISCLOSURES** <br><br> **(Doc. 27)** |

The Court, having reviewed the stipulation by the parties (Doc. 27), and good cause appearing, it is hereby ORDERED that:

1. The deadline for expert disclosures is EXTENDED to August 17, 2017;
2. Defendant Fresno Unified School District may supplement its initial expert disclosures, to be completed no later than August 24, 2017;
3. The deadline for rebuttal expert disclosures is EXTENDED to August 28, 2017;
4. The deadline to complete expert discovery is EXTENDED to September 14, 2017;

ORDER RE JOINT STIPULATION TO EXTEND DEADLINE ON EXPERT DISCLOSURES

5. The deadline for the parties to file non-dispositive motions is EXTENDED to September 14, 2017, to be heard on or before October 11, 2017, as previously set; and

6. The deadline for the parties to file dispositive motions is EXTENDED to September 18, 2017, to be heard on or before October 25, 2017, as previously set.[1]

These extensions do not alter any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated: **August 11, 2017**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Although not requested by the parties, the deadlines for filing dispositive and non-dispositive motions have been extended to accommodate the parties' requested extension of the expert discovery deadline.