McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant FRESNO UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| A.M. a minor by and through her Guardian Ad Litem, SHEENA MIXON,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, and JOHN DOES 1-10, inclusive,<br><br>Defendant. | Case No. 1:16-CV-00725-LJO-SKO<br><br>**ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**<br><br>**(Doc. 30)** |

Pursuant to the stipulation of the parties (Doc. 30) and good cause appearing, it is hereby ordered that the dispositive motion filing cutoff date is extended from September 18, 2017 to September 22, 2017. This extension does not alter any other existing scheduling deadlines, including the dispositive motion hearing, pretrial conference or trial dates.

IT IS SO ORDERED.

Dated:   **September 19, 2017**            /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS