McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant FRESNO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| A.M. a minor by and through her Guardian Ad Litem, SHEENA MIXON,<br><br>    Plaintiff,<br><br>v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, and JOHN DOES 1-10, inclusive,<br><br>    Defendant. | Case No. 1:16-CV-00725-LJO-SKO<br><br>**DEFENDANT'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   October 25, 2017<br>Time:   8:30 a.m.<br>Dept.:   4<br><br>Trial Date: February 13, 2018 |

| **Undisputed Material Facts:** | **Supporting Evidence:** |
|---|---|
| 1.   Fresno Unified School District is a public school district located in the State of California. | 1.   Undisputed. See Joint Statement. |
| 2.   Fresno Unified School District is the recipient of federal funds as that term is defined under Title VI. | 2.   Undisputed. See Joint Statement. |
| 3.   Prior to January 12, 2016, Fresno Unified School District provided Plaintiff with special education speech services. | 3.   Undisputed. See Joint Statement. |
| 4.   On January 12, 2016, Fresno Unified School District conducted a Triennial Assessment and Fresno Unified School District determined that plaintiff no longer qualified for special education | 4.   Undisputed. See Joint Statement. |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

1:16-CV-00725-LJO-SKO
DEFENDANT'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| Undisputed Material Facts: | Supporting Evidence: |
|---|---|
| speech services. | |
| 5.  There has been no administrative action filed pursuant to 20 U.S.C. Section 1415 on behalf of the Plaintiff as to the matters raised in this action. | 5.  Undisputed. See Joint Statement. |
| 6.  Plaintiff seeks recovery of monetary damages in this action to pay for private speech services for at least one year in order for her to catch up. | 6.  Undisputed. See Joint Statement. |
| 7.  There is no evidence of Plaintiff suffering emotional distress in this matter. | 7.  Undisputed. See Joint Statement. |
| 8.  Plaintiff seeks reinstatement of the special education speech services that were previously provided to her by Fresno Unified School District. | 8.  Ex. A, Sheena Mixon dep. p.72:13-73:9. |
| 9.  Fresno Unified School District does not have a policy regarding special education services as it relates to African-American English. | 9.  Ex. B, Barbara Amerine depo. p.40:10-12. |

Dated: September 22, 2017

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By: /s/ Mart B. Oller IV
Mart B. Oller IV
Attorneys for Defendant FRESNO UNIFIED SCHOOL DISTRICT

29329-00638 4692076.1

DEFENDANT'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT