McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendant FRESNO UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| A.M. a minor by and through her Guardian Ad Litem, SHEENA MIXON,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, and JOHN DOES 1-10, inclusive,<br><br>Defendant. | Case No. 1:16-CV-00725-LJO-SKO<br><br>**ORDER STRIKING REQUEST FOR PUNITIVE DAMAGES**<br><br>**(Doc. 33)**<br><br>Trial Date: February 13, 2018 |

Pursuant to the stipulation of the parties (Doc. 33) and good cause appearing;

IT IS HEREBY ORDERED that Plaintiff's request for punitive damages contained in the prayer to the Complaint (Doc. 2 at 10) is hereby stricken from the Complaint.

IT IS SO ORDERED.

Dated:  **September 26, 2017**          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE