| | |
|---|---|
| 1 | **KOSNETT LAW FIRM** |
| | LOUIS V. KOSNETT (SBN 299421) |
| 2 | 11355 W. Olympic Boulevard, Suite 300 |
| | Los Angeles, CA 90064 |
| 3 | Telephone (310) 445-5900 |
| 4 | Facsimile (424) 238-2257 |
| 5 | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor by and through her Guardian Ad Litem, SHEENA MIXON, <br><br> Plaintiff <br><br> v. <br><br> FRESNO UNIFIED SCHOOL DISTRICT, and JOHN DOES 1-10, inclusive <br><br> Defendants. | Case No: **1:16−CV−00725−LJO−SKO** <br><br> **ORDER AUTHORIZING COMPROMISE OF MINOR'S CLAIM AND OF ATTORNEYS' FEES AND COSTS** <br><br> Date: February 12, 2018 <br> Time: 8:30 a.m. <br> Courtroom: 4 |

The Court, having considered the verified Petition of Sheena Mixon, mother and duly appointed Guardian ad Litem of A.M., a minor, for an Order Authorizing Compromise of Minor's Claim and for Attorneys' Fees and Costs, and upon evidence introduced, hereby finds:

  (1) That the averments of the verified Petition are true;

  (2) That the settlement as set forth herein is approved as in the best interest of the minor, A.M.; and

  (3) That the distribution of the funds as set forth herein is approved as in the best interest of the minor, A.M..

WHEREFORE IT IS ORDERED:

1. The settlement and compromise as to the defendant, Fresno Unified School District, is approved and petitioner is authorized on behalf of the minor to compromise her claim as to said defendant for a total sum of twenty-two thousand five hundred dollars ($22,500), and to execute and deliver the necessary releases, drafts, and other documents to effectuate this compromise with defendant.

2. Petitioner is authorized to dismiss her action with prejudice as to all Defendants upon payment of all settlement funds by Defendant Fresno Unified School District.

3. Petitioner is authorized to reimburse her attorneys' litigation costs and expenses in the amount of $7,085.42 and pay attorneys' fees of 19.6% in the amount of $4,410.00.

4. That the net settlement funds of $11,004.58 shall be deposited in a federally insured account in a financial institution in the state of California, subject to withdrawal only upon authorization of the court. The name and address of the institution chosen by Petitioner is: Wells Fargo Bank, 790 W. Shaw Ave., Ste. 100, Fresno, CA 93704.

IT IS SO ORDERED.

Dated: **January 23, 2018**          /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE