**KOSNETT LAW FIRM**
LOUIS V. KOSNETT (SBN 299421)
11355 W. Olympic Boulevard, Suite 300
Los Angeles, CA 90064
Telephone (310) 445-5900
Facsimile (424) 238-2257

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor by and through her Guardian Ad Litem, SHEENA MIXON, <br><br> Plaintiff <br><br> v. <br><br> FRESNO UNIFIED SCHOOL DISTRICT, and JOHN DOES 1-10, inclusive <br><br> Defendants. | Case No: **1:16−CV−00725−LJO−SKO** <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE** <br><br> **(Doc. 57)** |

Based on the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 57), IT IS HEREBY ORDERED THAT:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

Dated: __**May 31, 2018**__       /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE